UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | MEMORANDUM |
| | AND |
| Plaintiff, | ORDER |
| - against - | 05-CR-0128 (TCP) |
| MICHAEL PESCATORE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLATT, District Judge.

       The Court requests the Government respond in writing to that portion of Defendants' Motion dated November 3, 2005, which requests an Order reassigning this case and all the "related" Astra Motors cases pending in this Court to another Judge of this Court in the Central Islip Courthouse. The Government's response (with a copy of this Memorandum and Order) is to be electronically filed as well as personally served or faxed to all attorneys in "related" Astra Motors cases pending in this Court. The response must be filed, served, and faxed on or before 3:00 p.m., November 9, 2005, and oral argument will be had on November 10, 2005 at 11:00 a.m.

SO ORDERED.

/S/_____
District Judge, United States District Court

Dated: Central Islip, New York
November 7, 2005